IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF EDWARD L. HIMMELWRIGHT, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>BOBBIE JO BRUNGARD, LYCOMING-CLINTON MENTAL HEALTH-INTELLECTUAL DISABILITY PROGRAM, DR. JAMES SWEETLAND, UPMC LOCK HAVEN, TROOPER BENJAMIN J. CAMPANA, and THE PENNSYLVANIA STATE POLICE<br><br>Defendants. | No. 4:21-CV-01731<br><br>(Chief Judge Brann) |

## ORDER

### APRIL 29, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Bobbie Jo Brungard's Motion to Dismiss (Doc. 10) is **GRANTED**; Plaintiff, however, is **GRANTED** leave to amend.

2. Defendant Lycoming-Clinton Mental Health-Intellectual Disability Program's Motion to Dismiss (Doc. 10) is **GRANTED**; Plaintiff, however, is **GRANTED** leave to amend.

3. Defendant Dr. James Sweetland's Motion to Dismiss (Doc. 8) is **GRANTED** with prejudice.

4. Defendant UPMC Lock Haven's Motion to Dismiss (Doc. 7) is **GRANTED** with prejudice.

5. Defendant Benjamin J. Campana's Motion to Dismiss (Doc. 9) is **GRANTED**; Plaintiff, however, is **GRANTED** leave to amend.

6. Defendant Pennsylvania State Police's Motion to Dismiss (Doc. 9) is **GRANTED** with prejudice.

7. Plaintiff may file an amended complaint against Defendants Brungard, Lycoming-Clinton Mental Health-Intellectual Disability Program, and Campana, should it care to do so, within twenty-one (21) days from the date of this Order. If no amended complaint is filed within this time period, the action will be dismissed and the case closed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge