# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ESTATE OF EDWARD L.
HIMMELWRIGHT, Deceased,

          Plaintiff,

       v.

BOBBIE JO BRUNGARD,
LYCOMING-CLINTON MENTAL
HEALTH-INTELLECTUAL
DISABILITY PROGRAM, and
TROOPER BENJAMIN J.
CAMPANA,

          Defendants.

No. 4:21-CV-01731

(Chief Judge Brann)

## ORDER

### DECEMBER 28, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the motion to dismiss filed by Defendants Lycoming-Clinton Mental Health-Intellectual Disability Program ("Lycoming-Clinton MHID") and Bobbie Jo Brungard (Doc. 32) is **GRANTED**. The Plaintiff's claims against Lycoming-Clinton MHID and Brungard are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge