IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF EDWARD L. HIMMELWRIGHT,<br><br>   Plaintiff,<br><br>   v.<br><br>BENJAMIN J. CAMPANA,<br><br>   Defendant. | No. 4:21-CV-01731<br><br>(Chief Judge Brann) |

## ORDER

**NOVEMBER 14, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. 58) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a. **GRANTED** as to the claim against Defendant Benjamin J. Campana in Count I of the Amended Complaint (Doc. 31).

   b. **DENIED** as to the claim against Defendant Benjamin J. Campana in Count II of the Amended Complaint (Doc. 31).

2. A telephonic status conference call with counsel of record will be scheduled by separate Order.

                                        BY THE COURT:

                                        *s/ Matthew W. Brann*
                                        Matthew W. Brann
                                        Chief United States District Judge